UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ROJAS CAZARES, <br>     Plaintiff, <br>   v. <br> JEFF SESSIONS, et al., <br>     Defendants. | Case No.18-cv-00312-YGR <br><br> **ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** <br><br> Dkt Nos. 11, 14 |

Plaintiff in the above-captioned matter is hereby **ORDERED TO SHOW CAUSE** as to why this action should not be dismissed for failure to prosecute and to follow the Federal Rules of Civil Procedure and this Court's Civil Local Rules. By way of background, defendants filed a motion to dismiss for lack of jurisdiction on March 19, 2018. (Dkt. No. 11.) Plaintiff's opposition was due on April 2, 2018. However, as of April 9, 2018, no opposition or other response had been filed or served on defendants. (Dkt. No. 14.) A hearing on this order to show cause shall be held on **May 1, 2018**, the Court's **2:01 p.m**. calendar, United States Courthouse, Courtroom 1, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: April 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge