# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR ROJAS CAZARES,**<br>Plaintiff,<br>vs.<br>**JEFF SESSIONS, ET AL.,**<br>Defendants. | CASE NO. 18-cv-00312-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order to Show Cause issued April 10, 2018, Plaintiff was directed to appear for a hearing on May 1, 2018 at 2:01 PM in Courtroom 1 of the Federal Courthouse at 1301 Clay Street in Oakland, California. Plaintiff did not appear. Additionally, Plaintiff has not filed any documents since January 17, 2018.

Therefore, pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 3, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**